# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LIVINGSTON, | No. 2:23-CV-0090-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| LEUPOLD & STEVENS, INC., | |
| Defendant. | |

Plaintiff, who is with retained counsel, brings this civil action. Upon referral from the District Judge this matter is set for an initial scheduling conference before the undersigned in Redding, California, on June 21, 2023, at 10:00 a.m. On or before June 7, 2023, the parties shall meet and confer and file a joint scheduling conference statement consistent with the Court's January 18, 2023, order. Requests for remote appearance are not encouraged, but if good cause exists for such accommodation, a request for such remote appearance must be filed in writing on or before June 14, 2023.

IT IS SO ORDERED.

Dated: January 24, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1